

Entered on Docket
May 27, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71389

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-13763-lbr |
|---|---|
| Ricky Dennis and Regina Dennis | Date: 5/17/10<br>Time: 9:30am |
|  | Chapter 7 |
| Debtors. |  |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 107 Antietam Trail, Elgin, TX 78621.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _____ #10099
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Richard Newark
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
William A. Leonard
Chapter 7 Trustee

In accordance with Local Rule 9021. the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.
____ No parties appeared or filed written objections. and there is no trustee appointed in the case.
____ No parties appeared or filed written objections. and the trustee is the movant.
_x_ This is a chapter 7 or 13 case. and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case. any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or  _x_ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or  _x_ failed to respond to the document

____ This is a chapter 9, 11, or 15 case. and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or  ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed. did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order          ____ disapproved the form of this order
____ waived the right to review the order and/or  ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde. Esq.
Gregory L. Wilde. Esq.
Attorney for Secured Creditor